**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                4:11CR00254-02 JMM

LABRONS DOMINQUE ELLINGTON

### **ORDER**

On November 4, 2011, the Court held a detention hearing, during which the Government presented clear and convincing evidence that Defendant was a danger to the community. Among other things, the indictment charges that, during the course of a drug transaction that took place inside a vehicle, Defendant's unindicted co-conspirator (who Defendant allegedly knew possessed a gun and was in the vehicle to protect Defendant) shot and killed the victim, who was purchasing drugs from Defendant. At the hearing, a drug task force officer testified that confidential sources indicated also seeing Defendant carry a firearm during other drug sales.

After carefully weighing the factors set forth in 18 U.S.C. § 3142, the Court concluded that Defendant was a danger to the community and that no condition or combination of conditions could reasonably assure the safety of the community. Accordingly, the Court entered an Order of Detention. (Docket entry #7).

Subsequently, Defendant hired a new lawyer. On December 18, 2011, Defendant's counsel filed a Motion (docket entry #23) requesting the Court to reconsider its Order of Detention and allow Defendant to be released to an inpatient drug program. In support of this Motion, Defendant alleges that he: (1) has a "bladder problem" that has "reoccurred" while detained; (2) he needs drug treatment; and (3) he has strong ties to central Arkansas.

None of these grounds alter or effect the Court's central finding, based on the clear and convincing evidence, that the safety of the community can not be reasonably assured if Defendant is released on any condition or combination of conditions.

IT IS THEREFORE ORDERED THAT Defendant's Motion to Reconsider Detention Order (docket entry #23) is DENIED.

DATED this 27th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE